AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

SHAMEL ERVIN

v.

THE CITY OF NEW YORK et al.

APPEARANCE

Case Number: 07 CV 2981(JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York

I certify that I am admitted to practice in this court.

April 25, 2007
Date

Signature

DAVID M. POLLACK          DP/3873
Print Name                Bar Number

100 Church Street, Room 3-140
Address

New York, New York   10007
City                State          Zip Code

(212) 788-1894           (212) 788-9776
Phone Number             Fax Number