```
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 05/21/07 RUN TIME 09:49:15 |
|                        THIS IS AN UPDATED ARREST                            |
+*****************************************************************************+
| DEFENDANT INFORMATION                              ARREST ID: K07615995     |
| NAME: ERVIN         SHAMEL        D SEX:M RACE:BLACK   DOB:11/15/83 AGE: 23 |
| AKA:                CITZ? NO  POB:NEW YORK             PHONE:(   )   -      |
| ADDR: 17    AVENUE W    BROOKLYN    NY 11223 RES PCT: 060                   |
| SKIN TONE: LIGHT  HGT: 5'10"  WGT: 170  EYE COLOR: BROWN  HAIR COLOR: BLACK |
| SOC STATUS: ____     SOC SEC #: ___-__-____       DEFT/VICT RELAT:          |
| PHYSICAL COND: APPARENTLY NORMAL       TYPE DRUG USED: NONE                 |
| OCCUPATIONAL AREA: UNKNOWN                                                  |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG):               NO:                  |
| CALLS: NO:        NAME: REFUSED    NO:(  ) -      NAME:                     |
| ORACLE# 00000000 NYSID# 19527920 FAX# K0014163 ARR.PROC: ON LINE            |
```

NARRATIVE: AT T/P/O DEFT WAS OBSERVED SMOKING A CIGGARETTE IN
A NYCHA BUILDING. FURTHER INVESTIGATION REVEALED
TWO ACTIVE WARRANTS DOCKET #'S 2006SK082016 AND 20

CHARGES INFORMATION

|  | ATT | LAW | SEC SUB | CLS | TYPE | CTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| TOP CHARGE --> | N | LOC | 000.00 0V | V | 0 | 01 | LOCAL VIOL |
| TOTAL CHARGES |  |  |  |  |  |  |  |
| COUNT = 01 |  |  |  |  |  |  |  |

ARREST RELATED INFORMATION        DAT? NO

TIME 23:20 DATE 02/17/07 CMD 060
WEAPON POSS/USED: _____    ARREST LOC: 17   AVENUE W
NUM OF ASSOC: 00
PROPERTY VOUCHERS:
   1 NO:        CMD:       VAL:           TYP:
   2 NO:        CMD:       VAL:           TYP:
   3 NO:        CMD:       VAL:           TYP:

COMPLAINANT/UF 61/VICTIM INFORMATION
IS COMPL A CORP? Y/N   OR PSNY? Y/N   OR DISABLED? NO   TOTAL VICTIMS = 00
COMPL NAME: _____
ADDR: _____        TEL NUM: (   ) -
AIDED NO: _____ AIDED CMD: ___ ACC NO: _____ ACC CMD: ___
UF-61: NO: _____ CMD: ___ SECTOR: I  JURISDICTION: N.Y. HOUSING POLICE
TIME & DATE OF OCCURRENCE: 23:20 ON 02/17/07   METHOD:
PREMISES: _____   LOCATION:

ARRESTING OFFICER INFORMATION
NAME: RUSH      RANDON    R RANK: POM  TAX NUMBER: ▓▓▓▓▓   SHIELD: 11393
DEPT: NYPD            CHART: THREE PLTN CT      SQUAD: 3      ASGN:

OFFICER: INJURED? NO   ASSIGNED? YES   ON DUTY? YES   IN UNIFORM? YES
USED FORCE? NO  TYPE: _____   REASON: _____

**STATE OF NEW YORK )**
**COUNTY OF NEW YORK ) ss**

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF AN
ORIGINAL RECORD IN THE CUSTODY OF THE IDENTIFICATION
SECTION OF THE POLICE DEPARTMENT OF